# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

TRAVIS LOWE                                                                                          PLAINTIFF

V.                                                                                           NO. 4:09CV116-P-D

MISS. DEPT. OF CORRECTIONS, et al.                                                        DEFENDANTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 9th day of December, 2009.

/s/ W. Allen Pepper, Jr.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI