# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**TRAVIS LOWE**                                                                                         **PLAINTIFF**

**V.**                                                                                              No. 4:09CV116-P-D

**CHRISTOPHER EPPS, et. al**                                                                       **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff, an inmate proceeding *pro se*, filed his complaint on October 28, 2009. The complaint was dismissed on December 9, 2009, for failure to state a claim upon which relief may be granted. Plaintiff has now filed a motion asking that the court reconsider the dismissal.

As before, after reviewing the original pleadings and the applicable law, the court concludes the previous opinion and order dismissing the complaint, was correct in law and fact. Plaintiff has failed to produce a factual or legal basis to alter the court's ruling. Therefore, the motion for reconsideration (docket entry 10) is **DENIED**.

**SO ORDERED,** this the 28th day of April, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE